Jocelyn Burton (Cal. Bar No. 135879)
1939 Harrison Street, Suite 400
Oakland, California 94612
Telephone: (510) 340-7025
Facsimile: (510) 473-3672
Email: jburton@burtonemploymentlaw.com

Attorneys for Plaintiff
ASTON WHITEHEAD

Tyler A. Brown (Cal. Bar No. 121350)
JACKSON LEWIS PC
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Tyler.Brown@jacksonlewis.com

Audrey S. Olson (Cal. Bar No. 304195)
JACKSON LEWIS PLLC
215 South State Street, Suite 760
Salt Lake City, Utah 84111
Telephone: (801) 736-3199
Facsimile: (415) 394-9401
E-mail: Audrey.Olson@jacksonlewis.com

Attorneys for Defendants
PACIFICA SENIOR LIVING MANAGEMENT, LLC
and PACIFICA OAKLAND, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTON WHITEHEAD, individually and on behalf of the general public as an aggrieved employee under the Private Attorneys General Act,<br><br>        Plaintiff,<br><br>  v.<br><br>PACIFICA SENIOR LIVING MANAGEMENT, LLC, PACIFICA OAKLAND, LLC,<br><br>        Defendants. | Case No. 4:18-cv-01767-JSW<br><br>*Assigned to the Hon. Jeffrey S. White*<br><br>**STIPULATED JUDGMENT**<br><br>Complaint Filed:   March 21, 2018<br>Trial Date:            None Set |

On September 8, 2020, Defendants Pacifica Senior Living Management, LLC and Pacifica Oakland, LLC ("Defendants") filed Plaintiff Aston Whitehead's ("Plaintiff") Acceptance of Rule 68 Offer of Judgment [ECF No. 66]. Therefore, pursuant to Federal Rule 68(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ADJUDGED AND ORDERED that:

1. On Plaintiff's sixteenth claim for violation of Labor Code sections 226(b) & (c) and seventeenth claim for violation of Labor Code section 1198.5, Plaintiff shall have judgment against Defendants in the amount of $3,000, which is inclusive of all penalties, pre-judgment and post-judgment interest, costs and attorneys' fees otherwise recoverable on the sixteenth and seventeenth claims in the First Amended Complaint.

2. Nothing in this Stipulated Judgment shall prevent or preclude Plaintiff from filing an appeal in this Action on the first through fifteenth and eighteenth claims in the First Amended Complaint, which were dismissed with prejudice by the Court [*see* ECF Nos. 52, 55].

3. The Court shall retain jurisdiction over any action to enforce this Stipulated Judgment. In any such action, the prevailing party shall be entitled to reasonable attorneys' fees and costs.

4. This Stipulated Judgment adjudicates all claims at issue in this litigation and is a final judgment for purposes of Rule 54 of the Federal Rules of Civil Procedure.

DATED: January 4, 2021　　　　　　　BURTON EMPLOYMENT LAW

By: */s/ Jocelyn Burton* .
Jocelyn Burton
Attorney for Plaintiff
ASTON WHITEHEAD

DATED: January 4, 2021　　　　　　　JACKSON LEWIS PLLC

By: */s/ Audrey S. Olson*
Tyler A. Brown
Audrey S. Olson
Attorneys for Defendants
PACIFICA SENIOR LIVING MANAGEMENT, LLC and
PACIFICA OAKLAND, LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

Dated: January 4, 2021

                                      s/*Audrey S. Olson*
                                      Audrey S. Olson

**IT IS SO ORDERED.**

DATED: January 5, 2021

                                      HON. JEFFREY S. WHITE